No. 99–8085.  BARKLEY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–8090.  SMITH *v.* TALLY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 99–8107.  CLABOURNE *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 99–8117.  SANTOS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 99–8120.  MIDGETT *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–8126.  RAINEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–8127.  SANDERS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 99–8129.  COBBS *v.* UNITED STATES POSTAL SERVICE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–8130.  CANCASSI *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 99–8133.  SMITH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–8135.  TURNLEY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 99–8138.  STEVENS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–8142.  MONACO ET UX. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–8148.  HERNANDEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 99–8152.  DALY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–8154.  EXCINIA *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.